IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 06–cv–02160–EWN–BNB

CARL WAYNE COBBS,

    Plaintiff,

v.

MR. HECTOR RIOS – WARDEN,
MR. JERRY JONES – ASSOCIATE WARDEN,
MRS. MARIA MEDINA – ASSOCIATE WARDEN,
MR. HANSON – CAPTIN,
MR. KRIST – LIEUTENANT,
MR. FITZHGERALD – LIEUTENANT,
MR. FOSTER – CORRECTIONAL OFFICER, and
MR. WHEELER – CORRECTIONAL OFFICER,

    Defendants.

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

This matter is before the court on the "Recommendation of United States Magistrate Judge" (#33) filed May 7, 2007. Plaintiff filed a letter (#37)on May 15, 2007, asking the magistrate judge to reconsider his recommendation. The magistrate judge denied this request on July 31, 2007 (#47). No further objections have been filed by either party. I have conducted the requisite *de novo* review of the issues, the record, and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

**ORDERED** as follows:

1. The recommendation is ACCEPTED.

2. The complaint and this action are dismissed without prejudice for Plaintiff's failure to make monthly payments of twenty percent of his preceding month's income until his filing fee was paid in full or to show cause each month that he has no assets with which to make the monthly payments.

3. All other pending motions are DENIED as moot.

DATED this 4th day of September, 2007.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge